UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OLEG CORETCHI, | ) | |
|     Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 3:23-CV-2005-B-BH |
| | ) | |
| USCIS, DHS/ICE, and WARDEN, | ) | |
| PRAIRIELAND DETENTION FAC., | ) | |
|     Respondents. | ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, by separate judgment, the *Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241*, received on September 6, 2023 (doc. 3), will be **DISMISSED**. Any claims challenging the petitioner's order of removal will be **DISMISSED** without prejudice for lack of jurisdiction, and any claims challenging his prolonged detention will be **DISMISSED** without prejudice as moot.

A certificate of appealability (COA) is not required to appeal the denial of relief under 28 U.S.C. § 2241. *See Padilla v. United States*, 416 F. 424, 425 (5th Cir. 2005). If the petitioner files a notice of appeal, he must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis* and a properly signed certificate of inmate trust account.

SIGNED this 1st day of November, 2023.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE